# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELENE TONIQUE LAURENT MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 23-03464 (UNA) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **DISMISSAL ORDER**

On January 11, 2024, Plaintiff was ordered to, within 30 days, file a motion for leave to use the Post Office Box address listed in the complaint or an amended complaint in accordance with Local Civil Rule 5.1(c), or risk dismissal of the case. ECF No. 5. Plaintiff has not complied with the order or otherwise communicated with the court. Therefore, Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is **denied**, and this case is dismissed without prejudice and closed.

```
                                   _____/s/_____
                                   AMIT P. MEHTA
                                   United States District Judge
```

Date: May 30, 2024